UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Paul Parks, et al.,

                Plaintiff(s),

v.                                        Case No. 2:22−cv−12084−MAG−KGA
                                                  Hon. Mark A. Goldsmith

Oxford Community Schools, et al.,

                Defendant(s),

## NOTICE OF TELEPHONIC CONFERENCE

PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge Mark A. Goldsmith as follows:

- STATUS CONFERENCE: July 6, 2023 at 04:30 PM

The conference shall be initiated by Plaintiffs counsel and then include the Court by calling (313) 234−5240 when all parties are on the line..

If possible, please refrain from the use of cell phones. If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                  By: s/K Sandusky
                                                       Case Manager

Dated: June 28, 2023